E-FILED
Friday, 09 September, 2022 04:22:57 PM
Clerk, U.S. District Court, ILCD

SEALED

FILED
AUG 02 2022
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 22-CR-20052 |
| | ) | |
| v. | ) | |
| | ) | Title 18, United States Code, |
| DESHAWN T. CALHOUN and | ) | Sections 2 and 1201(a)(1) and (c). |
| KIMBERLY V. GONZALEZ, | ) | |
| | ) | |
| Defendants. | ) | |

# INDICTMENT

## COUNT ONE
**Kidnapping**

**THE GRAND JURY CHARGES:**

On or about November 6, 2020, in Kankakee County, in the Central District of Illinois,

**DESHAWN T. CALHOUN**
**and**
**KIMBERLY V. GONZALEZ,**

defendants herein, willfully and unlawfully seized, confined, inveigled, decoyed, kidnapped, abducted, and carried away E.H., and did hold E.H. for ransom, reward, and otherwise, and, in committing and in furtherance of the commission of that offense, did use a means, facility, and instrumentality of interstate commerce, namely a cellular telephone and a motor vehicle.

In violation of Title 18, United States Code, Section 1201(a).

**COUNT TWO**
**Conspiracy to Commit Kidnapping**

**THE GRAND JURY CHARGES:**

On or about November 6, 2020, in Kankakee County, in the Central District of Illinois,

**DESAHWN T. CALHOUN**
**and**
**KIMBERLY V. GONZALEZ,**

defendants herein, knowingly and intentionally conspired and agreed with one another and other persons to kidnap the person of another, being E.H., and in doing so did willfully and unlawfully seized, confined, inveigled, decoyed, kidnapped, abducted, and carried away E.H., and did hold E.H. for ransom, reward, and otherwise, and, in committing and in furtherance of the commission of that offense, did use a means, facility, and instrumentality of interstate commerce, namely a cellular telephone and a motor vehicle.

In violation of Title 18, United States Code, Sections 2 and 1201(c).

A TRUE BILL.

s/Foreperson

FOREPERSON

s/Douglas Quivey

GREGORY K. HARRIS
United States Attorney
RER